1084

ANDREA MALPICA, *Appellant*, v. MARY M. KNIGHT SCHOOL DISTRICT NO. 311, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 97-2-00670-1, Toni A. Sheldon, J., entered December 24, 1997. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS JOHN WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-03523-8, Sally Phillips Pasette, J., entered April 19, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Baker and Cox, JJ.

RANDALL C. SCHREIB, *Appellant*, v. MAASDAM POW'R-PULL, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-02592-7, Sharon S. Armstrong, J., entered November 15, 1996, and October 10 and November 10, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. S.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-8-01501-6, Deborah Fleck, J., entered August 19, 1997. *Dismissed* by unpublished per curiam opinion.